IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID WEBB and MELISSA WEBB, | Civil File No. 2:12-cv-02004-KHV-DJW |
| Plaintiffs, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff David Webb and Melissa Webb, and the defendant, NCO Financial Systems, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised, with prejudice, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: June 20, 2012

By: /s/J. Mark Meinhardt
J. Mark Meinhardt #20245
9400 Reeds Road, Suite 210
Overland Park, Kansas 66207
Telephone:   (913) 451-9797
Facsimile:   (913) 451-6163
Email:       Mark@MeinhardtLaw.com
ATTORNEY FOR PLAINTIFFS

Dated: June 20, 2012

By: /s/Louis Leonard Galvis
Louis Leonard Galvis
Sessions, Fishman, Nathan & Israel LLC
645 Stonington Lane
Fort Collins, CO 80525-8286
Telephone:   (970) 223-4420
Fax:         (970) 223-4490
Email:       lgalvis@sessions-law.biz
ATTORNEY FOR DEFENDANT